UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELDRIDGE J. HARMON                         CIVIL ACTION

VERSUS                                     NO. 14-1403

STATE OF LOUISIANA ET AL.                  SECTION "E"(2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that all federal claims in plaintiff's complaint are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim and because he asserts claims against immune defendants under 28 U.S.C. § 1915(e)(2).  In addition, to whatever extent, if any, that plaintiff asserts state law claims, those claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's (1) Motion for Temporary Restraining Order, Record Doc. No. 8; (2) "Motion for Intervention by the United States Attorney General, Eric Holder," Record Doc. No. 9; (3) Motion for Leave to File Motion for Extraordinary Writ of Mandamus to Compel Attorney General Eric Holder to do His Duty Owed to Plaintiff, Record Doc. No. 11; and (4) Motion for Leave to File "Application for Under Color-of-Title Act," Record Doc. No. 12, are **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 14th day of November, 2014.

_____
Susie Morgan
UNITED STATES DISTRICT JUDGE